IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Staples, Claretha

Printed: 02/24/09

Case Number: 07 B 22496
Judge: Wedoff, Eugene R
Filed: 11/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 23, 2008
Confirmed: January 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,757.50 | |
| Secured: | | 0.00 |
| Unsecured: | | 2,897.15 |
| Priority: | | 0.00 |
| Administrative: | | 2,213.69 |
| Trustee Fee: | | 345.22 |
| Other Funds: | | 301.44 |
| Totals: | 5,757.50 | 5,757.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 2,213.69 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | American Honda Finance Corporation | Secured | 0.00 | 0.00 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 10,329.57 | 0.00 |
| 5. | Credit Union One | Unsecured | 708.82 | 708.82 |
| 6. | Portfolio Recovery Associates | Unsecured | 389.12 | 389.12 |
| 7. | Charming Shoppes | Unsecured | 585.59 | 585.59 |
| 8. | Verizon Wireless Midwest | Unsecured | 617.34 | 617.34 |
| 9. | ECast Settlement Corp | Unsecured | 596.28 | 596.28 |
| 10. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 11. | AFNI | Unsecured | | No Claim Filed |
| 12. | Debt Recovery Solutions | Unsecured | | No Claim Filed |
| | | | $ 16,690.72 | $ 5,110.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 46.31 |
| 6.5% | 298.91 |
| | $ 345.22 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Staples, Claretha

Printed: 02/24/09

Case Number: 07 B 22496
Judge: Wedoff, Eugene R
Filed: 11/30/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*